# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHAD ANTHONY ROLLINS,**

    Plaintiff,

v.                                                  Case No. 1:17cv120-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commission of the Social**
**Security Administration,**

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff Rollins' application for Social Security benefits is **REVERSED and REMANDED** to the Administrative Law Judge for further proceedings

1

consistent with this report and recommendation and to consider referring Plaintiff for a consultative examination." The Clerk shall close the file.

**SO ORDERED on March 26, 2018.**

                                    **s/Mark E. Walker                **
                                    **United States District Judge**