IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHAD A. ROLLINS,**

    **Plaintiff,**

v.                                   Case No. 1:17cv120-MW/CAS

**NANCY A. BERRYHILL,**
**Deputy Commission for Operations,**
performing the duties and functions
not reserved to the Commissioner
of Social Security,

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's petition, ECF No. 27, is **GRANTED** and Plaintiff is awarded attorney's fees in the amount of $4,654.08, as a reasonable EAJA attorney's fee. The amount should be sent to Plaintiff's counsel's address and made payable to Plaintiff. However, the Deputy

1

Commissioner may offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*." The Clerk shall close the file.

    **SO ORDERED on July 2, 2018.**

                                             **s/Mark E. Walker**
                                             **United States District Judge**