IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHAD A. ROLLINS,

    Plaintiff,

v.                                                                    Case No.  1:17cv120-MW/MAF

ANDREW SAUL, Commissioner
of Social Security,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 36.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1)(A), ECF No. 32, in the amount of $19,844.00 is **GRANTED** with the condition that Plaintiff's attorney is directed to

1

refund the smaller (EAJA) fee ($4,654.08) if it was received." The Clerk shall also close the file.

    **SO ORDERED on April 27, 2020.**

**s/Mark E. Walker**  
**Chief United States District Judge**
